UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: **14-21307**
Magistrate: **WILLIAMS**

MARICELIA SOTO,

    Plaintiff,
v.

MIAMI-DADE COUNTY, a political subdivision of
the State of Florida,
MIAMI DADE POLICE OFFICER KATHLEEN COLUMBRO,
Individually, and
MIAMI DADE POLICE OFFICER KIMBERLY LLAMBES,
Individually,

    Defendants.
_____/

## NOTICE OF RESPONSE TO COURT'S ORDER OF JANUARY 25, 2017

    The plaintiff Maricella Soto, by and through undersigned counsel hereby files this Notice of Compliance with this court's order of January 25, 2017 and would state:

    1.    Plaintiff was ordered to present medical evidence in regards to her medical status for the taking of her deposition. The plaintiff attempted to give a deposition previously but within 11 minutes of the deposition the plaintiff went to the floor suffering from some type of episode.

    2.    The undersigned has spoken with Dr. Dylewski and he has authored a letter explaining that a series of tests need to be done in order for him to have a diagnosis and prognosis of the plaintiff.

3.      The plaintiff has already taken a stress test and an additional supporting test.[1]  Those tests have come back negative and therefore the doctor has scheduled another series of tests including a head up tilt table test, electrophysiology study and a loop recorder explant/implant which are scheduled for February 24, 2017 and March 3, 2017.  These dates were based on the doctor's availability and the equipment availability in order to conduct these tests. (See Exhibit 1).

4.      The doctor informed me that these tests once the results are in if they are negative does not mean that the plaintiff does not have syncope because of the nature of the testing.  The doctor will be able to make decisions about further testing or evaluation or diagnosis once the results of the previously-mentioned tests are in.

5. The plaintiff recommends that the scheduling orders be suspended and that a further report take place in second week of March so that results can be in and the plaintiff through Dr. Dylewski, can report on the status of the plaintiff at that time.

**WHEREFORE** the undersigned has complied with the court's order and given as much information as is available.

**I HEREBY CERTIFY** that all parties of record have been served with this motion on this February 7, 2017 by CM/ECF.

                                                Respectfully Submitted,

                                                s/Gregory A. Samms
                                                Gregory A. Samms, Esq.
                                                225 Alcazar Avenue
                                                Coral Gables, Fl 33134
                                                (786)-953-5802 phone

---

[1] The undersigned cannot recall the name of the other test that the Plaintiff took.  However the undersigned recalls that it was negative.  Therefore the first two tests that were taken were negative.

(786)-513-3191 fax