# Arrhythmia Management Institute of South Florida

6705 Red Road, Suite 500 Coral Gables, FL 33143 * Phone: (305) 662-2530 Fax: (305) 662-2375

*Cardiac Electrophysiology and Cardiology*

John R. Dylewski, M.D., FHRS

**Name:** Mari Soto
**DOB:** 01/08/1959
**Date:** February 7th, 2017

**To whom it may concern:**

This patient had a recent syncopal event during a deposition. Given this and her previous history of presyncope and syncope, she requires further work up and evaluation before undergoing any further stressful events such as a deposition. She has been instructed to arrange Head up Tilt Table Test, Electrophysiology Study and Loop Recorder Explant/Implant evaluations as soon as possible which are scheduled for February 24th, 2017 & March 3rd, 2017 due to my availability. Once her work up and or treatment is completed, a clearance letter will be forwarded to the court so that she can perform her obligations safely from a medical standpoint.

Should you have any further questions, please do not hesitate to contact me.

Sincerely,

John R. Dylewski, M.D., FHRS