# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No.: **14-21307**
Magistrate: **WILLIAMS**

MARICELIA SOTO,

    Plaintiff,

v.

MIAMI-DADE COUNTY, a political subdivision of
the State of Florida,
MIAMI DADE POLICE OFFICER KATHLEEN COLUMBRO,
Individually, and
MIAMI DADE POLICE OFFICER KIMBERLY LLAMBES,
Individually,

    Defendants.
_____/

## SECOND MOTION TO WITHDRAW

The undersigned counsel, Gregory Samms, hereby files this Second Motion to Withdraw from further representation of the plaintiff, Marciela Soto, and as grounds therefore would state:

1. On January 17, 2017, the undersigned counsel filed his initial motion to withdraw due to irreconcilable differences between the undersigned and the Plaintiff. [D.E. 72].

2. The initial Motion to Withdraw was held in abeyance and subsequently denied on January 25, 2017. [D.E. 77].

3. On March 25, 2017 the undersigned attended mediation with the plaintiff who appeared by phone. The defendant officers were present along with their counsel. The mediation was declared at an impasse.

4. Over approximately the last year of representation the undersigned has had numerous difficulties communicating with the plaintiff.  The plaintiff has continuous problems of not responding to phone calls until the very last minute when the court is about to take drastic action; not listening to the advice on how the trial should proceed; not listening to advice of counsel in general at all; the plaintiff's desires to have control of the case even on legal matters; the plaintiff's refuses to have a realistic evaluation of her case, and the constant belief by plaintiff that the undersigned is working against her best interests.

5. For all the aforementioned reasons the undersigned cannot continue representing the plaintiff and has informed the plaintiff of that fact.  The undersigned has urged the plaintiff to obtain different counsel and has indicated that to the plaintiff that once the undersigned has responded to this court's order requiring Dr. Dylewski to answer questions in this court's order dated March 21, 2017, [D.E. 88],  that the undersigned will not represent the plaintiff past that point.

6. The plaintiff is fully aware of the undersigned's position and this motion is requesting that after the report is made by the undersigned in regards to questions regarding this court's order of March 21st, that the plaintiff be relieved of further representation of Ms. Soto.

WHEREFORE the undersigned respectfully requests that this motion is granted and that the undersigned be allowed to withdraw from further representation of the plaintiff Maricela Soto.

**WHEREFORE** the plaintiff respectfully requests that this Motion is granted and that the undersigned be allowed to withdraw.

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties of record through CM/ECF on April 4, 2017.

Respectfully submitted,

<u>s/Gregory A. Samms</u>,

**GREGORY A. SAMMS, ESQ.**
**Fla. Bar No. 438863**
225 Alcazar Avenue
Miami, Florida 33134
(786) 953-5802 (phone)
(786) 513-3191 (fax)